# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Robert A. McKelvy,<br><br>　　　　Debtor. | Case No. 23-11149-pmm<br><br>Chapter 13 |

### Debtor's Amended Motion to Reconsider Dismissal

**AND NOW**, Debtor Robert A. McKelvy, by and through his attorney, moves this Court for an order reconsidering a recent order. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on April 20, 2023.

2. This case was dismissed by the Court upon motion of chapter 13 standing Trustee Kenneth E. West for failure to make plan payments on October 25, 2023. ECF No. 50.

3. The Debtor has funds available to cure the arrearage that gave rise to dismissal of the case and will pay the trustee such amount in full prior to the hearing on this motion.

4. The Debtor requests reinstatement of this case.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: November 7, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com