**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Robert A. McKelvy,<br><br>           Debtor. | Case No. 23-11149-pmm<br><br>Chapter 13 |

### O R D E R

**AND NOW**, upon consideration of the Debtor's Amended Motion to Reconsider Dismissal, and after notice and hearing, and with the consent of the chapter 13 trustee, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order of October 25, 2023, ECF No. 50, is **VACATED**.

3. This chapter 13 bankruptcy case is **REINSTATED**.


Date: _____

                                                          Patricia M. Mayer
                                                        U.S. Bankruptcy Judge