**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Robert A. McKelvy,<br><br>Debtor. | Case No. 23-11149-pmm<br><br>Chapter 13 |

**O R D E R**

**AND NOW**, upon consideration of the Debtor's Amended Motion to Reconsider Dismissal, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order of October 25, 2023, ECF No. 50, is **VACATED**.

3. This chapter 13 bankruptcy case is **REINSTATED**.

Date: **December 13, 2023**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge