United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-11149-pmm
Robert A. McKelvy Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Dec 13, 2023 Form ID: pdf900 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert A. McKelvy, 1411 E Cardeza St, Philadelphia, PA 19150-3704 |
| 14775250 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14775256 | #+ | Frontline Asset Strategies, Attn: Bankruptcy Dept 2700 Snelling Ave, Roseville, MN 55113-1719 |
| 14775260 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14775262 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14775263 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14775266 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14779702 | + | UMB Bank, National Association, C/O Michael Clark, One Jenkintown Station, Ste. 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14779627 | + | UMB Bank, National Association, not in its, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14781089 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2023 00:05:33 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14793661 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2023 00:05:47 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775247 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2023 23:56:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14775248 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 13 2023 23:56:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14775252 | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14800729 | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14775249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2023 00:05:47 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14775251 | | Email/Text: bankruptcy@philapark.org | Dec 13 2023 23:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14775253 | + | Email/Text: documentfiling@lciinc.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2023 23:56:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 14775254 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 13 2023 23:56:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14775258 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:48 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14775255 | + | Email/Text: mrdiscen@discover.com | Dec 13 2023 23:56:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14775257 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2023 23:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14775259 | | Email/PDF: cbp@omf.com | Dec 14 2023 00:05:34 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14775261 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14782932 | ^ | MEBN | Dec 13 2023 23:54:51 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14775264 | + | Email/Text: bankruptcy@philapark.org | Dec 13 2023 23:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14775265 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 23:56:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14778280 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2023 00:05:36 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14775267 | ^ | MEBN | Dec 13 2023 23:54:41 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14792413 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 23:56:00 | UMB Bank, National Association , not in its, c/o Rushmore Loan Management Services, L, PO Box 55004, Irvine, CA 92619-5004 |
| 14782539 | | Email/Text: EDBKNotices@ecmc.org | Dec 13 2023 23:56:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14775268 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 14 2023 00:05:40 | Wells Fargo Home Mortgage, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Dec 13, 2023  Form ID: pdf900  Total Noticed: 33

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2023  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert A. McKelvy mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL JOHN CLARK | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII mclark@squirelaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Robert A. McKelvy,<br><br>               Debtor. | Case No. 23-11149-pmm<br><br>Chapter 13 |

**O R D E R**

      **AND NOW**, upon consideration of the Debtor's Amended Motion to Reconsider Dismissal, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order of October 25, 2023, ECF No. 50, is **VACATED**.

3. This chapter 13 bankruptcy case is **REINSTATED**.

Date: **December 13, 2023**

                                                      Patricia M. Mayer
                                                      U.S. Bankruptcy Judge