**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : CHAPTER 13
Robert A. Mckelvy

                                                                : BANKRUPTCY NO. 23-11149 PMM
                PMM Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 2/23/2024 at 1:00 PM before the Hon. Patricia M. Mayer

                                                               Respectfully submitted,

Date: December 21, 2023                               /s/Jack K. Miller, Esquire for
                                                                           Kenneth E. West
                                                                           Chapter 13 Standing Trustee
                                                                           P.O. Box 40837
                                                                           Philadelphia, PA  19105