United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11149-pmm |
| Robert A. McKelvy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 22, 2023 | Form ID: 160 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert A. McKelvy, 1411 E Cardeza St, Philadelphia, PA 19150-3704 |
| 14775250 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14775256 | #+ | Frontline Asset Strategies, Attn: Bankruptcy Dept 2700 Snelling Ave, Roseville, MN 55113-1719 |
| 14775260 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14775262 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14775263 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14775266 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14779702 | + | UMB Bank, National Association, C/O Michael Clark, One Jenkintown Station, Ste. 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14779627 | + | UMB Bank, National Association, not in its, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14781089 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 23:47:30 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14793661 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 23:47:19 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775247 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 23:43:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14775248 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:44:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14775252 | | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14800729 | | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14775249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 23:47:20 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14775251 | | Email/Text: bankruptcy@philapark.org | Dec 22 2023 23:44:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14775253 | + | Email/Text: documentfiling@lciinc.com | Dec 22 2023 23:43:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 14775254 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2023 23:43:00 | Credit Acceptance, 25505 West 12 Mile Road Ste |

Case 23-11149-pmm   Doc 63   Filed 12/24/23   Entered 12/25/23 00:22:54   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 160 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3000, Southfield, MI 48034-8331 |
| 14775258 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:10 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14775255 | + | Email/Text: mrdiscen@discover.com | Dec 22 2023 23:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14775257 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2023 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14775259 | | Email/PDF: cbp@omf.com | Dec 22 2023 23:47:09 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14775261 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14782932 | ^ | MEBN | Dec 22 2023 23:38:19 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14775264 | + | Email/Text: bankruptcy@philapark.org | Dec 22 2023 23:44:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14775265 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2023 23:44:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14778280 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:11 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14775267 | ^ | MEBN | Dec 22 2023 23:38:15 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14792413 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2023 23:44:00 | UMB Bank, National Association , not in its, c/o Rushmore Loan Management Services, L, PO Box 55004, Irvine, CA 92619-5004 |
| 14782539 | | Email/Text: EDBKNotices@ecmc.org | Dec 22 2023 23:43:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14775268 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 23:47:19 | Wells Fargo Home Mortgage, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 22, 2023 | Form ID: 160 | Total Noticed: 32

Date: Dec 24, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert A. McKelvy mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL JOHN CLARK | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII mclark@squirelaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert A. McKelvy
    Debtor(s)

Case No: 23−11149−pmm

Chapter: 13
_____

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Court,

    on: 2/23/24

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 12/22/23

For The Court

Timothy B. McGrath
Clerk of Court