# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **ROBERT A. MCKELVY** | : |
| | : BANKRUPTCY NO. **23-11149 PMM** |
| Debtor (s) | |

## AMENDED PR A E C I P E

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 2/27/2024 At 1:00 P.M. before the Hon. Patricia M. Mayer.

                                                  Respectfully submitted,

Date: January 5, 2024                        /s/Jack K. Miller, Esquire for
                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee
                                                  P.O. Box 40837
                                                  Philadelphia, PA  19107