United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-11149-pmm
Robert A. McKelvy Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin                          Page 1 of 3
Date Rcvd: Jan 05, 2024       Form ID: 152                         Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert A. McKelvy, 1411 E Cardeza St, Philadelphia, PA 19150-3704 |
| 14775250 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14775256 | #+ | Frontline Asset Strategies, Attn: Bankruptcy Dept 2700 Snelling Ave, Roseville, MN 55113-1719 |
| 14775262 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14775263 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14775266 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14779702 | + | UMB Bank, National Association, C/O Michael Clark, One Jenkintown Station, Ste. 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14779627 | + | UMB Bank, National Association, not in its, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14781089 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2024 05:07:58 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14793661 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2024 05:08:02 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775247 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 06 2024 02:48:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14775248 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2024 02:48:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14775252 | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14800729 | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14775249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2024 05:07:04 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14775251 | | Email/Text: bankruptcy@philapark.org | Jan 06 2024 02:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14775253 | + | Email/Text: documentfiling@lciinc.com | Jan 06 2024 02:48:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: 152 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14775254 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 06 2024 02:48:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14775258 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2024 05:08:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14775255 | + | Email/Text: mrdiscen@discover.com | Jan 06 2024 02:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14775257 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2024 02:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14775259 | | Email/PDF: cbp@omf.com | Jan 06 2024 05:46:18 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14775260 | | Email/Text: fesbank@attorneygeneral.gov | Jan 06 2024 02:48:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14775261 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2024 02:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14782932 | ^ | MEBN | Jan 06 2024 01:47:26 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14775264 | + | Email/Text: bankruptcy@philapark.org | Jan 06 2024 02:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14775265 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2024 02:48:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14778280 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2024 05:29:25 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14775267 | ^ | MEBN | Jan 06 2024 01:47:20 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14792413 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2024 02:48:00 | UMB Bank, National Association , not in its, c/o Rushmore Loan Management Services, L, PO Box 55004, Irvine, CA 92619-5004 |
| 14843571 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2024 02:48:00 | UMB Bank, National Association, et al., c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14782539 | | Email/Text: EDBKNotices@ecmc.org | Jan 06 2024 02:48:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14775268 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2024 05:07:58 | Wells Fargo Home Mortgage, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: 152 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert A. McKelvy mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL JOHN CLARK | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII mclark@squirelaw.com |
| SARAH K. MCCAFFERY | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert A. McKelvy
    Debtor(s)

Case No: 23−11149−pmm

Chapter: 13

___

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 2/27/04 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

66
Form 152