# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **ROBERT A MCKELVY** | : | Case No. 23-111149 (PMM) |
| **Debtor(s)** | : | |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on May 21, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

**Date: 5/21/2024**

                                                 **HON. PATRICIA M. MAYER**
                                                 **U.S. BANKRUPTCY JUDGE**