| **Information to identify the case:** |
|---|
| Debtor 1    Robert A. McKelvy |
| Debtor 2 |
| U.S. Bankruptcy Court for the Eastern District of Pennsylvania |
| Case Number    23-11149-PMM    Chapter 13 |

☐ Check if this is an amended filing

## Application for Compensation and Reimbursement of Expenses

The Applicant below is filing this application with the court for payment of fees and expenses in association with this bankruptcy case.

### Part 1    Notice

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this Application, you or your attorney must file an objection to the Application on or before the Objection Deadline. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. Otherwise, you must file your objection at the Clerk's office at the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your objection to the Clerk, you must do so early enough that it will be received on or before the Objection Deadline. If you or your attorney do not take these steps, the court may decide that you do not oppose the application and may enter an order granting the Application without further notice or hearing.

Objection Deadline:    July 9, 2024

### Part 2    Applicant and Application Information

| | |
|---|---|
| Applicant: | Michael I. Assad (#330937) |
| Applicant Firm: | Cibik Law, P.C. |
| Applicant's Email: | help@cibiklaw.com |
| Applicant's Phone: | 215-735-1060 |
| Applicant's Address: | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| Applicant Type: | Attorney for Debtor |
| Application Period: | 04/20/2023 to 06/25/2024 |
| Basis of Application: | 11 U.S.C. § 330; *In re Lewis* |
| Application Type: | First and Final |
| Form 2030: | Exhibit A |

**Part 3**    **Case Information**

| | |
|---|---|
| Date Filed: | April 20, 2023 |
| U.S. Bankruptcy Judge: | Patricia M. Mayer |
| Standing Trustee: | Kenneth E. West |
| Debtor's Median Income: | Below Median |

**Part 4**    **Summary of Services Performed**

1. This is the first and final fee application in this case.
2. The Applicant seeks approval of fees in connection with the customary services of filing a chapter 13 case and guiding the plan to confirmation. Unfortunately, the case was dismissed for failure to make plan payments.
3. The Applicant represented the debtor in motions to extend the automatic stay and reinstate the case, in addition to defending against a motion for relief.
4. The services performed were of substantial benefit to the debtor and the bankruptcy estate.
5. The services were primarily performed by attorneys Michael A. Cibik and Mike Assad.
   a. Michael A. Cibik was admitted to practice law in 1976. He is a former chapter 7 trustee, is certified as a consumer bankruptcy specialist by the American Board of Certification and has represented over 15,000 debtors.
   b. Mike Assad was admitted to practice law in Pennsylvania in 2021 and New Jersey in 2023. He is admitted to practice before bankruptcy courts in the Eastern, Middle, and Western districts of Pennsylvania and in New Jersey. He is a member of the local bankruptcy rules committee in the Eastern District, serves as the Third Circuit leader for the National Association of Consumer Bankruptcy Attorneys, and has lectured for the Pennsylvania Bar Institute. Mr. Assad also has extensive experience in public affairs, which includes serving as an elected official for seven years, working for the president of the New Jersey Senate, and participating in legislative advocacy efforts at every level of government.

**Part 5**    **Flat Fees Incurred**

By prior agreement with the Debtor, the Applicant requests payment of flat fees for each of the following services:

| Date | Description | Fee |
|---|---|---|
| | NONE | |
| | **TOTAL** | |

### Part 6 — Hourly Fees Incurred

The Applicant requests payment based on actual time expended for the following services:

| Date | Description | Hours Expended |
|---|---|---|
| | Initial consultation | 1 |
| | Preparation, review, and filing of the petition, schedules, statements, original plan, and other documents required to be filed with the court. Includes review of credit report, financial account statements, previous case histories, and paystubs. | 4 |
| | Prosecuting motion to extend the automatic stay, including drafting motion and appearing at hearing. | 2 |
| | Preparation for and representing debtor at meeting of creditors. | 1 |
| | Representing client in defense against motion for relief from automatic stay. Includes communication with the debtor, discussion with the creditor, review of the stipulation of settlement, and drafting an amended chapter 13 plan. | 2 |
| | Filing and prosecuting motion to reinstate case, including appearing at hearing | 2 |
| | Prosecuting confirmation of plan, including review of all proofs of claim and appearing at several continued hearings | 1 |
| | Review of time and drafting fee application, includes review of docket and case file in addition to drafting the pleading itself. | 1 |
| | **TOTAL @ $350 per attorney hour** | **14** |

### Part 7 — Expenses

The Applicant requests reimbursement for the following expenses:

| Date | Description | Fee |
|---|---|---|
| | NONE | |
| | **TOTAL** | |

**Part 8**     **Summary of Fees and Expenses**

| Period | | Requested | | Allowed | | Paid | |
|---|---|---|---|---|---|---|---|
| Start | End | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Pre-Petition | | | | | | $1,500.00 | $0.00 |
| This Application | | $4,900.00 | $0.00 | | | | |
| TOTALS | | $4,900.00 | $0.00 | $ 0.00 | $ 0.00 | $1,500.00 | $0.00 |

**Part 9**     **Other Information**

1. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

2. The Applicant does not consent to the entry of a reduced award by the Court without notice and hearing.

**Part 10**     **Request for Relief**

The Applicant requests that the Court enter an award of $4,900.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

_____      06/25/2024
Signature of Applicant     Date