United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert A. McKelvy  
    Debtor

Case No. 23-11149-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 03, 2024     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robert A. McKelvy, 1411 E Cardeza St, Philadelphia, PA 19150-3704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert A. McKelvy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL JOHN CLARK | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII mclark@squirelaw.com |
| SARAH K. MCCAFFERY | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

STEPHEN M HLADIK
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee of LVS Title Trust XIII shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert A. McKelvy,

                                                                                                                :        Chapter 13
:
          Debtor.                :        Bky. No. 23-11149 (PMM)

**O R D E R**

    **AND NOW, WHEREAS**:

A. The Debtors' counsel Michael Cibik ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 81, the "Application").

B. The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. Reasonable and allowable compensation is allowed to the Applicant in the amount of $4,900.00.

E. It is therefore, **ORDERED** that:

1. The Application is **GRANTED**. The Trustee is authorized to pay counsel **$3,400.00** (the allowed amount of compensation and expenses minus the $1,500.00 received by counsel pre-petition).

2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: 9/3/24

                                                **PATRICIA M. MAYER**
                                                **U.S. BANKRUPTCY JUDGE**